**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**PEKIN INSURANCE COMPANY**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:14CV00135 BSM**

**CORRECT ROOFING &
CONSTRUCTION INC., et al.**                                                                 **DEFENDANTS**

**ORDER**

Defendant Nichole L. Johnson's unopposed motion for disbursement [Doc. No. 50] is granted. On April 2, 2014, plaintiff Pekin Insurance company deposited two million dollars into the registry of the court pursuant to Rule 67. *See* Doc. No. 18. On June 11, 2014, Johnson entered into an agreement with the estates of James E. Rains and Rosia Turner, and has agreed to release and discharge George Walker, Correct Roofing & Construction, Inc., and Pekin from any liability. *See* Doc. No. 50-1. Accordingly, the clerk is directed to make payment of $100,000, plus any applicable interest of the account, to the "Robert J. Napleton Client Trust Account."

Additionally, Pekin's motion to dismiss defendant Shelby County Healthcare Corporation [Doc. No. 55] is granted.

IT IS SO ORDERED this 16th day of July 2014.

_____
UNITED STATES DISTRICT JUDGE