**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**PEKIN INSURANCE COMPANY**                                           **PLAINTIFF**

**v.**                        **CASE NO. 3:14CV00135 BSM**

**CORRECT ROOFING &
CONSTRUCTION INC., et al.**                                          **DEFENDANTS**

## ORDER

The joint motion for disbursement filed by defendants Michelle E. Rains and Rosia Turner [Doc. No. 70] is granted.

On April 2, 2014, plaintiff Pekin Insurance Company deposited two million dollars into the registry of the court pursuant to Rule 67. *See* Doc. No. 18. On July 16, 2014, $100,000 was disbursed to separate defendant Nichole L. Johnson. *See* Doc. No. 59. Rains and Turner now move for disbursement of $1,700,000, arguing that while defendants Liberty Mutual Insurance Company and APAC, Inc. are not entitled to any liens, the remaining $200,000 in the registry should satisfy any lien that is found to be valid. Rains and Turner's request is granted. Accordingly, the clerk is directed to make payment of $1,700,000, plus any applicable interest of the account, to the "Bobby McDaniel Client Trust Account," to be divided equally between Rains and Turner.

Additionally, Pekin's motion to dismiss the counter-claim and third-party complaint of Liberty Mutual Insurance Company and APAC, Inc. [Doc. No. 64] is denied without prejudice.

IT IS SO ORDERED this 11th day of September 2014.

UNITED STATES DISTRICT JUDGE