IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PEKIN INSURANCE COMPANY**                                         **PLAINTIFF**

v.                          CASE NO. 3:14CV00135 BSM

**CORRECT ROOFING &**
**CONSTRUCTION INC., et al.**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 17th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE